IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRETT LAWRENCE MILBOURNE : CIVIL ACTION
:
   v. :
: No. 07-4554
WAYNE BROWN :

## **ORDER**

AND NOW, this 16th day of November, 2009, the "Motion of Defendant, Wayne Brown, to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(6)" (docket no. 27) is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.